# United States Court of Appeals for the Fifth Circuit

———————

No. 23-50045
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Mario Astudillo-Herrera,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-166-1

———————————————————

Before Davis, Willett, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Mario Astudillo-Herrera appeals his conviction and sentence under 8 U.S.C. § 1326 for illegal entry into the United States after removal. He argues for the first time on appeal that § 1326(b) is unconstitutional. Astudillo-Herrera has filed an unopposed motion for summary disposition acknowledging that his argument is foreclosed by *Almendarez-Torres v.*

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50045

*United States*, 523 U.S. 224 (1998), but he seeks to preserve it for possible Supreme Court review.

This court has held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Thus, Astudillo-Herrera is correct that his argument is foreclosed, and summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Astudillo-Herrera's motion is GRANTED, and the district court's judgment is AFFIRMED.